UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
EASTERN SAVINGS BANK, FSB,　　　　　　　　　　Civil Action No. CV-11-2501

　　　　　　　　　　Plaintiff,　　　　　　　　　　(KAM)

　　- against -　　　　　　　　　　　　　　　　**NOTICE OF SALE**

FRANCIS RABITO, NEW YORK CITY PARKING
VIOLATIONS BUREAU, CONNOR DOE, SARA
CHESTER, THOMAS MARTIN AND BRIAN
ROBIN,
　　　　　　　　　　Defendants.
-----------------------------------------------------------------x

　　Pursuant to a Judgment of Foreclosure and Sale entered herein on October 6, 2014 and dated October 6, 2014, I, the undersigned Referee will sell at public auction in the lobby of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201 on the November 6, 2014, at 4:40P.M. premises known as **394 Graham Avenue, Brooklyn, NY 11211** and described in Schedule "A" annexed hereto.

　　Approximate amount of lien $591,032.10, plus interest and costs. Premises will be sold subject to provisions of filed judgment and terms of sale.

　　　　　　　　　　　　　　　　　　　　　　Charles Emma, Esq., Referee

Kriss & Feuerstein LLP
Attorneys for Plaintiff
360 Lexington Avenue, Suite 1200
New York, New York 10017
(212) 661-2900



**First American Title Insurance Company**

Title No.: 3060-350790

## SCHEDULE A

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the Easterly side of Graham Avenue, distant 75 feet Southerly from the corner formed by the intersection of the Easterly side of Graham Avenue with the Southerly side of Jackson Street;

RUNNING THENCE Northerly along the Easterly side of Graham Avenue, 18 feet 9 inches to the center of a party wall;

THENCE Easterly through the center of said party wall and parallel with Jackson Street, 75 feet;

THENCE Southerly, parallel with Graham Avenue, 18 feet 9 inches; and

THENCE Westerly, parallel with Jackson Street, 75 feet to the point or place of BEGINNING.